# COURT MINUTES

## Magistrate Judge Enjolique A. Lett

**Atkins building- Courtroom 10** Date: 10/05/2026 Time: 10:00 AM

Defendant: Jameela Ammara Simmons J#: BOND Case #: 22-CR-20104-BECERRA(s)(s)(s)(s)(s)(s)

AUSA: Yara Dodin Attorney: Daniel Lawrence Rashbaum-CJA

Violation: CONSPIRACY TO COMMIT BANK AND WIRE FRAUD

Proceeding: Arraignment CJA Appt: _____

Bond/PTD Held: ◉ Yes ○ No Recommended Bond: _____

Bond Set at: STIP $150K PSB Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

Disposition:
Defendant present in court.
Defendant Arraigned. Defendant Ore Tenus motion to enter Standing Discovery Order – GRANTED. All further proceedings – before Judge Becerra.
BRADY ORDER GIVEN

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE** **Date:** **Time:** **Judge:** **Place:**

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. **10:30:25** Time in Court: **2 mins**